MARY RANDELL, as Administratrix, etc., of WILLIAM R. RANDELL, Deceased, Respondent, v. WILLIAM KENNEDY CONSTRUCTION COMPANY, Appellant.— Judg-

ment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.